GREENE & BROADWAY REALTY CO., INC., Appellant, v. ADOLF SIMSON, Respondent.— Order granting motion to bring in additional parties defendant affirmed,

---

* Revg. 151 Misc. 899.      † Afg. 152 Misc. 468; affd., 265 N. Y. —.

with ten dollars costs and disbursements; respondent to serve on the additional defendants, within ten days from the entry of the order herein, a supplemental summons, an amended answer, a copy of the order entered herein, with notice of entry, and a copy of the plaintiff's complaint. No opinion. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.